# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ASHLEY HERRERA,**

        **Plaintiff,**

vs.                                                    CIV No. 1:20-00663-SMV

**ANDREW SAUL,**
**Commissioner of Social Security,**

        **Defendant.**

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court upon Defendant's Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint (Doc. 10), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through November 27, 2020, to file his answer or otherwise respond to Plaintiff's Complaint.

SIGNED  _September 28_ , 2020

                                              _____
                                              STEPHAN M. VIDMAR
                                              United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 09/25/2020*
CHRISTINA VALERIO
Special Assistant United States Attorney

*Electronically approved 09/25/2020*
LAURA J. JOHNSON
Attorney for Plaintiff