# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ASHLEY HERRERA,**

      **Plaintiff,**

v.                                                           Civ. No. 20-663-SMV

**ANDREW SAUL,**
**Commissioner of the Social Security Administration,**

      **Defendant.**

## ORDER ON UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through MARCH 16, 2021, to serve her Motion to Reverse or Remand for a Rehearing with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through MAY 11, 2021 to serve his Response, and Plaintiff through JUNE 8, 2021 to serve her reply.

                                                     HONORABLE STEPHAN M. VIDMAR
                                                     UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:

*/s/ Laura Joellen Johnson*
Laura Joellen Johnson
MICHAEL ARMSTRONG LAW

Attorneys for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
(505) 890-9056
(505) 266-5860 fax

<u>Email Approval on March 2, 2021</u>
Manuel Lucero, AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax